IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ALLEN RAINWATER,

      Plaintiff,                     No. CIV S-11-0030 JFM P

   vs.

JOHN McGINNISS, Sheriff, et al.,

      Defendants.           RELATED CASE ORDER

_____/

       Plaintiff is a civil detainee proceeding pro se. He seeks relief pursuant to 42 U.S.C. § 1983.

       Petitioner seeks relief concerning the conditions of his confinement at Sacramento County Jail. Review of court records indicate that plaintiff already has a pending civil rights case concerning another period of confinement at Sacramento County Jail, but involving the exact same conditions. See No. CIV S-10-1727 GGH P.[1]

       Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a). The actions involve the same property, transaction or event and similar questions of fact and the same question of law. Accordingly, assignment of the

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

Therefore, IT IS ORDERED that the action denominated as No. CIV S-11-0030 JFM P is reassigned to Magistrate Judge Gregory Hollows for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as No. CIV S-11-0030 GGH P.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of cases to compensate for this reassignment.

DATED: February 1, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

ggh: ab
rain0030.relate