**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Colleen R. Howard, SBN 257661
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
JOHN McGINNESS and COUNTY OF SACRAMENTO

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JOHN ALLEN RAINWATER, | CASE NO. 2:11-CV-00030-GGH P |
| Plaintiff, | **STIPULATION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER** |
| v. | |
| COUNTY OF SACRAMENTO, JOHN MCGINNISS, In his Individual and Official Capacities as Sheriff of Sacramento County, and DOES 1 through 50 in their individual and official capacities, | Judge: Magistrate Judge Gregory G. Hollows |
| Defendants. | Complaint Filed: January 4, 2011 |

_____/

The parties, by and through their counsel of record, request that the Court modify the

Discovery and Scheduling Order filed on July 1, 2011 (Docket No. 16), for the good cause set

forth in this Stipulation.

On July 1, 2011, this Court issued a Discovery and Scheduling Order (Docket No. 16),

which set the last day to complete all discovery on October 14, 2011. the parties have diligently

participated in discovery of this case. However, due to defense counsel's unavailability, it is not

{00940275.DOCX}                                    1

possible for defense counsel to travel to Coalinga to take plaintiff's deposition prior to October 14, 2011.

Additionally, plaintiff met and conferred with defense counsel regarding inadvertently omitted pages from defendant JOHN MCGINNESS' responses to plaintiff's Request for Production.  Plaintiff has also asked defense counsel to indicate which documents are responsive to the specific requests made.

After meeting and conferring, the parties now stipulate to continuing discovery until November 7, 2011 for the limited purpose of permitting defense counsel enough time to take plaintiff's deposition, and to provide defense counsel with time to comply with plaintiff's meet and confer requests as outlined above.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: September ___, 2011

PORTER SCOTT
A PROFESSIONAL CORPORATION


By _____
        Colleen R. Howard
        Attorneys for defendants
        JOHN McGINNESS and SACRAMENTO
        COUNTY BOARD OF SUPERVISORS


Dated: September ___, 2011


By _____
        John Allen Rainwater
        In *pro se*


**IT IS SO ORDERED.**

DATE:  October 4, 2011               /s/ Gregory G. Hollows

                                     _____
                                          Hon. Gregory G. Hollows

{00940275.DOCX}                              2
**STIPLUATION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**